IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JONATHAN LEE RICHES,**
**TOM PERKINS and all**
**others similarly situated,**

    **Plaintiffs,**

**v.**                                     **CIVIL ACTION NO. 1:08CV70**
                                               **(Judge Keeley)**

**RENAISSANCE TECHNOLOGIES, INC.,**
**doing business as Jim Simons,**

    **Defendant.**

## ORDER TRANSFERRING CASE

In the interest of judicial economy pursuant to 28 U.S.C. § 137, the Court reassigns this action to the Honorable U.S. District Judge Frederick P. Stamp, Jr.

**ORDERED**, this 4th day of February, 2008, by the United States District Court for the Northern District of West Virginia.

DATED: February 4, 2008

                                                        /s/ Irene M. Keeley
                                                        IRENE M. KEELEY
                                                        UNITED STATES DISTRICT JUDGE